ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                    )
                                                )
Andritz Hydro Corporation                       )      ASBCA No. 62011
                                                )
Under Contract No. W9127S-05-C-0013             )

APPEARANCE FOR THE APPELLANT:          Laurence Schor, Esq.
                                         Asmar, Schor & McKenna, PLLC
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Michael P. Goodman, Esq.
                                         Engineer Chief Trial Attorney
                                       Allen S. Black, Esq.
                                       S. DeAnn Lehigh, Esq.
                                       Daivd Zhai, Esq.
                                         Engineer Trial Attorneys
                                         U.S. Army Engineer District, Little Rock

OPINION BY ADMINISTRATIVE JUDGE WOODROW

The parties have now resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' settlement agreement and joint motion for entry of consent judgment, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,766,035.15. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from November 18, 2018, until date of payment.

Dated: February 18, 2020

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62011, Appeal of Andritz Hydro Corporation, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2